In the Matter of RICHARD STEVENS (Admitted as RICHARD ZELMA), a Disbarred Attorney, Appellant. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Respondent.

Submitted July 28, 2008; decided September 4, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of SANTOS SUAREZ, Appellant, v JOHN BYRNE, as Acting Justice of the Supreme Court, Bronx County, et al., Respondents.

Submitted July 7, 2008; decided September 4, 2008

Motion for reargument denied [*see* 10 NY3d 523 (2008)].

TAG 380, LLC, Respondent, v COMMET 380, INC., Appellant. (And a Third-Party Action.)

Submitted July 14, 2008; decided September 4, 2008

Motion for reargument denied [*see* 10 NY3d 507 (2008)].